CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 15 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BOBBIE G. BONHAM, | ) | |
| Plaintiff, | ) | Civil Action No. 7:09CV00358 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GLENN M. WEINRAUB, D.P.M., | ) | By: Hon. James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Defendant's Motion to Dismiss (Dkt. No. 6) is **GRANTED.** The Clerk of Court is directed to strike the matter from the Court's active docket and to send a copy of this Final Order and accompanying Memorandum Opinion to Plaintiff and counsel of record for the Defendants.

ENTER: This 15th day of March, 2010.

_____
Senior United States District Judge